DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERESFORD BERTRAM, THERESA BERTRAM** and **TENECIA BERTRAM,**
Appellants,

v.

**U.S. BANK TRUST NATIONAL ASSOCIATION,**
Appellee.

No. 4D2023-2717

[August 15, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE21-005420.

Donovan L. Parker of Law Offices of Donovan L. Parker, Pembroke Pines, for appellants.

Evan R. Raymond and Harris S. Howard of Howard Law Group, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***